JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREG MARTIN, | ) | CV 15-7355-RSWL-FFMx |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, FEDERAL EXPRESS CORPORATION SHORT TERM DISABILITY PLAN, FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN, and DOES 1-10, Inclusive, | ) | |
| Defendants. | ) | |

On November 15, 2016, the above matter commenced in a bench trial before this Court.  After consideration of all evidence presented, as well as the Parties' arguments at trial, it is **HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendants Aetna Life Insurance Company,

///

///

1

1  Federal Express Corporation Short Term Disability Plan,
2  Federal Express Corporation Long Term Disability Plan,
3  and Does 1-10.
4      The Clerk shall close this action.
5  **IT IS SO ORDERED.**

7  DATED: November 30, 2016      s/ RONALD S.W. LEW
8                                      **HONORABLE RONALD S.W. LEW**
                                    Senior U.S. District Judge